UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 4:20-cr-00242-JSW |
| Plaintiff, | DETENTION ORDER |
| v. | |
| CHASE MCMILLON, | |
| Defendant. | |

Following a hearing on June 30, 2020, the court orders the defendant detained as a danger to the community. The government must establish the risk of non-appearance by a preponderance of the evidence, and it must establish danger to the community by clear and convincing evidence. 18 U.S.C. § 3142(f)(2)(B); *see United States v. Motamedi*, 767 F.2d 1403, 1407 (9th Cir. 1985). Based on the current record, the court determined that no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure the safety of the community or the appearance of the defendant at future court appearances. *See* 18 U.S.C. §§ 3142(e) and (f). Some conditions might be fashioned to address risk of flight but on this record, conditions of release cannot reasonably assure the safety of the community, considering in particular the nature and context of the offense and the defendant's prior criminal history and performance on supervision.

The court orders the defendant detained without prejudice to his revisiting the issue of bail at a later hearing. The defendant is committed to the custody of the Attorney General or a designated

DETENTION ORDER – No. 4:20-cr-00242-JSW

1  representative for confinement in a corrections facility separate, to the extent practicable, from
2  persons awaiting or serving sentences or held in custody pending appeal. *See* 18 U.S.C. §
3  3142(i)(2). The defendant must be afforded a reasonable opportunity to consult privately with
4  counsel. *See id*. § 3142(i)(3). On order of a court of the United States or on request of an attorney
5  for the government, the person in charge of the corrections facility must deliver the defendant to
6  the United States Marshal for a court appearance. *See id*. § 3142s(i)(4).

7  **IT IS SO ORDERED.**

8  Dated: June 30, 2020

_____
LAUREL BEELER
United States Magistrate Judge

DETENTION ORDER – No. 4:20-cr-00242-JSW