## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☒ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

### OFFENSE CHARGED

18 U.S.C. § 1591(a)(1), (b)(1) – Sex Trafficking by Force, Threats, Fraud or Coercion;
18 U.S.C. §§ 1594(c) and 1591(a)(1), (b)(1) – Conspiracy to Engage in Sex Trafficking by Force, Fraud or Coercion;
18 U.S.C. § 1591(a)(1), (b)(1) – Sex Trafficking of a Minor;
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Alleation

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See attachment.

### DEFENDANT - U.S

▶ CHASE RONYAE MCMILLON,

DISTRICT COURT NUMBER

CR 20-00242 JSW

**FILED**

Oct 06 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO. }

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO. }

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under }

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Jonathan U. Lee, AUSA

### DEFENDANT

#### IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

#### IS IN CUSTODY

4) ☐ On this charge

5) ☒ On another conviction   ☒ Federal  ☐ State

6) ☒ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Santa Rita Jail

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT

Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:   Before Judge:

Comments:

**PENALTY SHEET ATTACHMENT – MAXIMUM PENALTIES**

**COUNT ONE**

18 U.S.C. § 1591(a)(1), (b)(1) – Sex Trafficking by Force, Threats, Fraud or Coercion

- Maximum term of life imprisonment;
- Minimum term of 15 years imprisonment;
- Maximum fine of $250,000;
- Maximum term of a life term of supervised release;
- Minimum term of 5 years of supervised release;
- Special Assessment of $5,100 (18 U.S.C. § 3014(a)(1));
- Restitution; and
- Forfeiture.

**COUNT TWO**

18 U.S.C. §§ 1594(c) and 1591(a)(1), (b)(1) – Conspiracy to Engage in Sex Trafficking by Force, Threats, Fraud or Coercion

- Maximum term of life imprisonment;
- Maximum fine of $250,000;
- Maximum term of a life term of supervised release;
- Special Assessment of $5,100 (18 U.S.C. § 3014(a)(1));
- Restitution; and
- Forfeiture.

**COUNT THREE**

18 U.S.C. § 1591(a)(1), (b)(1) – Sex Trafficking of a Minor

- Maximum term of life imprisonment;
- Minimum term of 10 years imprisonment;
- Maximum fine of $250,000;
- Maximum term of a life term of supervised release;
- Minimum term of 5 years of supervised release;
- Special Assessment of $5,100 (18 U.S.C. § 3014(a)(1));
- Restitution; and
- Forfeiture.

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

**FILED**

Oct 06 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

VENUE:  OAKLAND

# CR 20-00242 JSW

UNITED STATES OF AMERICA,

V.

CHASE RONYAE MCMILLON,
a/k/a Chase Ronyah McMillon,
a/k/a Chase Ronyae McMillion,

DEFENDANT(S).

# SUPERSEDING INDICTMENT

18 U.S.C. § 1591(a)(1), (b)(1) – Sex Trafficking by Force, Threats,
Fraud or Coercion;
18 U.S.C. §§ 1594(c) and 1591(a)(1), (b)(1) – Conspiracy to Engage in Sex
Trafficking by Force, Fraud or Coercion;
18 U.S.C. § 1591(a)(1), (b)(1) – Sex Trafficking of a Minor;
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

A true bill.

/s/ Foreperson of the Grand Jury

Foreman

Filed in open court this 6th day of
October, 2020

*Karen L. Hom*

Clerk

Joseph C. Spero, Chief Magistrate
Judge

Bail, $  No Process

1    DAVID L. ANDERSON (CABN 149604)
     United States Attorney
2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                                OAKLAND DIVISION

11   UNITED STATES OF AMERICA,              )   CASE NO. CR 20-00242 JSW
                                            )
12          Plaintiff,                      )   VIOLATION:
                                            )   18 U.S.C. § 1591(a)(1), (b)(1) – Sex Trafficking by
13          v.                              )   Force, Threats, Fraud or Coercion; 18 U.S.C. §§
                                            )   1594(c) and 1591(a)(1), (b)(1) – Conspiracy to
14   CHASE RONYAE MCMILLON,                 )   Engage in Sex Trafficking by Force, Fraud or
       a/k/a Chase Ronyah McMillon,         )   Coercion; 18 U.S.C. § 1591(a)(1), (b)(1) – Sex
15     a/k/a Chase Ronyae McMillion,        )   Trafficking of a Minor; 18 U.S.C. § 924(d) and 28
                                            )   U.S.C. § 2461(c) – Forfeiture Allegation
16          Defendant.                      )
                                            )
17                                          )   OAKLAND VENUE
                                            )
18   _____)

19                          S U P E R S E D I N G   I N D I C T M E N T

20   The Grand Jury charges:

21   COUNT ONE:         (18 U.S.C. § 1591(a)(1), (b)(1) – Sex Trafficking by Force, Fraud or Coercion)

22          From on or about September 12, 2019 to on or about November 21, 2019, in the Northern

23   District of California, the defendant,

24                               CHASE RONYAE MCMILLON,
                                   a/k/a Chase Ronyah McMillon,
25                                 a/k/a Chase Ronyae McMillion,

26   knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported,

27   provided, maintained, advertised, patronized and solicited a person, identified as Victim 1, knowing that

28

SUPERSEDING INDICTMENT
CR 20-00242 JSW

FILED

Oct 06 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

means of force, threats of force, fraud, and coercion would be used to cause the person to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591(a)(1), (b)(2).

COUNT TWO:         (18 U.S.C. §§ 1594(c) and 1591(a)(1), (b)(1) – Conspiracy to Engage in Sex Trafficking by Force, Fraud or Coercion)

From on or about September 12, 2019 to on or about November 21, 2019, in the Northern District of California and elsewhere, in and affecting interstate commerce, the defendant,

CHASE RONYAE MCMILLON,
a/k/a Chase Ronyah McMillon,
a/k/a Chase Ronyae McMillion,

did combine, conspire, confederate, and agree with others, known and unknown to the grand jury to knowingly recruit, entice, harbor, transport, provide, maintain, advertise, patronize and solicit a person, identified as Victim 1, knowing that means of force, threats of force, fraud, and coercion would be used to cause the person to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591(a)(1), (b)(2).

The Ways, Manner and Means of the Conspiracy

1. The purpose of the conspiracy was to obtain money and other items of value for the members of the conspiracy.

2. Members of the conspiracy recruited Victim 1 to be prostituted.

3. Members of the conspiracy obtained commercial sex customers for Victim 1 by purchasing and/or posting advertisements on Internet sites such as www.megapersonals.com.  Sex customers responded to the advertisements via telephone and commercial sex acts were coordinated to occur at various hotels, motels, and other locations.

4. Members of the conspiracy drove Victim 1 to various hotels, motels, and other locations for commercial sex acts including but not limited to Oakland, California, San Jose, California, San Francisco, California, and Richmond, California.

5. Members of the conspiracy harbored Victim 1 in various hotels, motels, and other locations where the commercial sex acts occurred.

6. Members of the conspiracy utilized force, threats of force, fraud, and coercion to maintain,

harbor, patronize and solicit Victim 1.

Overt Acts In Furtherance of the Conspiracy

During and in furtherance of the conspiracy and to effect the objects thereof, the defendant and other members of the conspiracy knowingly performed and caused to be performed overt acts in the Northern District of California and elsewhere. These acts included, but were not limited to, the following:

a. Members of the conspiracy recruited Victim 1 to be prostituted.

b. Members of the conspiracy obtained commercial sex customers for Victim 1 by purchasing and/or posting advertisements on Internet sites such as www.megapersonals.com. Sex customers responded to the advertisements via telephone and commercial sex acts were coordinated to occur at various hotels, motels, and other locations.

c. Members of the conspiracy obtained various hotel and motel rooms for commercial sex acts involving Victim 1.

d. Members of the conspiracy transported Victim 1 to various locations for purposes of engaging in prostitution, including but not limited to hotels and motels for commercial sex acts. Members of the conspiracy transported Victim 1 to multiple locations including but not limited to Oakland, California, San Jose, California, San Francisco, California, and Richmond, California.

e. Members of the conspiracy harbored Victim 1 in various hotels, motels, and other locations where the commercial sex acts occurred.

f. Members of the conspiracy used force, threats of force, fraud, and coercion to maintain, harbor, patronize and solicit Victim 1.

All in violation of Title 18, United States Code, Section 1594(c).

///

///

///

1    COUNT THREE:        (18 U.S.C. § 1591(a)(1), (b)(1) – Sex Trafficking of a Minor)

2          From a date unknown in approximately late May, 2006 to a date unknown in approximately early

3    August, 2006, in the Northern District of California, the defendant,

4                               CHASE RONYAE MCMILLON,
                                a/k/a Chase Ronyah McMillon,
5                               a/k/a Chase Ronyae McMillion,

6    in and affecting interstate and foreign commerce, did knowingly recruit, entice, harbor, transport,

7    provide, maintain, patronize and solicit by any means Minor 1, whose identity is known to the Grand

8    Jury, after having a reasonable opportunity to observe Minor 1, and knowing and in reckless disregard of

9    the fact that Minor 1 had not yet attained the age of eighteen years, knowing and in reckless disregard of

10   the fact that Minor 1 would be caused to engage in a commercial sex act, all in violation of Title 18,

11   United States Code, Section 1591(a)(1), (b)(2) and (c).

12   FORFEITURE ALLEGATION:        (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

13         The allegations contained in the sole count of this Indictment are re-alleged and incorporated by

14   reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)

15   and Title 28, United States Code, Section 2461(c).

16         Upon conviction of the offense set forth in this Indictment, the defendant,

17                              CHASE RONYAE MCMILLON,
                                a/k/a Chase Ronyah McMillon,
18                              a/k/a Chase Ronyae McMillion,

19   shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28,

20   United States Code, Section 2461(c), any property involved in the commission of the offense:

21         If any of the property described above, as a result of any act or omission of the defendant:

22         a.      cannot be located upon exercise of due diligence;

23         b.      has been transferred or sold to, or deposited with, a third party;

24         c.      has been placed beyond the jurisdiction of the court;

25         d.      has been substantially diminished in value; or

26         e.      has been commingled with other property which cannot be divided without

27                 difficulty,

28

SUPERSEDING INDICTMENT
CR 20-00242 JSW                         4

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: October 6, 2020                                    A TRUE BILL.


                                                         _/s/_____
                                                         FOREPERSON


DAVID L. ANDERSON
United States Attorney

*Jonathan U. Lee*
_____
JONATHAN U. LEE
Assistant United States Attorney

SUPERSEDING INDICTMENT
CR 20-00242 JSW                          5

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**FILED**

Oct 06 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:**

USA v.  CHASE RONYAE MCMILLON

**CASE NUMBER:**

CR 20-00242 JSW

| | | | |
|---|---|---|---|
| **Is This Case Under Seal?** | Yes | No ✔ | |
| **Total Number of Defendants:** | 1 ✔ | 2-7 | 8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes | No ✔ | |
| **Venue (Per Crim. L.R. 18-1):** | SF | OAK ✔ | SJ |
| **Is this a potential high-cost case?** | Yes | No ✔ | |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes | No ✔ | |
| **Is this a RICO Act gang case?** | Yes | No ✔ | |

**Assigned AUSA (Lead Attorney):**  Jonathan U. Lee

**Date Submitted:**  10/6/2020

**Comments:**

Form CAND-CRIM-COVER (Rev. 11/16)

RESET FORM     SAVE PDF