UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHASE RONYAE MCMILLON,<br><br>Defendant. | Case No. 20-cr-00242-JSW-1<br><br>**ORDER FOR JURY MEALS DURING DELIBERATIONS** |

IT IS HEREBY ORDERED that, pursuant to the Guide to Judiciary Policy, the Clerk's Office shall furnish lunch for the members of the jury for each day the jury is in deliberations.

IT IS SO ORDERED.

Dated: March 21, 2022

_____
JEFFREY S. WHITE
United States District Judge

*Rev.03/19*